1
2
3
4
5
6
7

O

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )
                                         )
12              Plaintiff,               )    SA 08-0090M
                                         )
13       v.                              )    ORDER OF DETENTION AFTER HEARING
                                         )         (18 U.S.C. § 3142(i))
14  JESUS JUAN MARTINEZ MELCHOR,         )
                                         )
15              Defendant.               )
                                         )
16

17                                       I.

18    A.  ( ) On motion of the Government involving an alleged

19        1. ( ) crime of violence;

20        2. ( ) offense with maximum sentence of life imprisonment or death;

21        3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22            (21 U.S.C. §§ 801,/951, et. seq.,/955a);

23        4. ( ) felony - defendant convicted of two or more prior offenses described above.

24    B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25        1. (X)   serious risk defendant will flee;

26        2. ( )   serious risk defendant will

27           a. ( ) obstruct or attempt to obstruct justice;

28           b. ( ) threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X )   appearance of defendant as required; and/or

B. ( ) safety of any person or the community;

III.

The Court has considered:

A. ( x ) the nature and circumstances of the offense;

B. ( x ) the weight of evidence against the defendant;

C. ( x ) the history and characteristics of the defendant;

D. ( ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:

B. ( x )   History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**

C. ( ) A serious risk exists that defendant will:

    1. ( )   obstruct  or  attempt to  obstruct  justice;

    2. ( )   threaten, injure or intimidate a witness/ juror; because:

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

1       IT IS ORDERED that defendant be detained prior to trial.

2       IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4       IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5  consultation with his counsel.

8  Dated: March 10, 2008

10                                    Marc L. Goldman
                                      U.S. Magistrate Judge

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                           - 3 -                                Page 3 of 3